IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-01546-MDB

BRIAN ATKINS, an individual,

    Plaintiff,

v.

HARTLAND EXCAVATION, INC., a Colorado corporation,

    Defendant.

---

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

---

Plaintiff Brian Atkins, through counsel, pursuant to Fed. R. Civ. P. 41(a)(2), respectfully moves this Court to dismiss this action with prejudice, the parties to bear their own costs and fees, the matter having been resolved.

Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with Defendant's counsel, Erin M. Leach, and is authorized to state that Defendant does not oppose this motion.

WHEREFORE, Plaintiff respectfully moves this Court's order dismissing this action with prejudice, the parties to bear their own costs and fees.

Dated: July 7, 2022

/s/ Paul F. Lewis
Paul F. Lewis
Michael D. Kuhn
Andrew E. Swan
LEVENTHAL | LEWIS
KUHN | TAYLOR | SWAN PC

620 North Tejon Street, Suite 101
Colorado Springs, CO 80903
Telephone: (719) 694-3000
Email:     plewis@ll.law
           mkuhn@ll.law
           aswan@ll.law

*Attorneys for Plaintiff*

2